**Office of the New York State
Attorney General**

Application granted in part. The initial conference is rescheduled to January 28, 2026 at 11:30 a.m. At the time of the scheduled conference, the parties shall use the same dial-in information that was previously provided. (Doc. 42).

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 43.

January SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
January 14, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: _Garcia-Guzman v. Figueroa, et al., 23 CV 7192 (PMH)_

Dear Judge Halpern:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG" or "Office") and I represent Defendants Daryn George, Ana Figueroa, and Robert Ciminelli ("Defendants"). Pursuant to the Your Honor's January 6, 2026, Notice of Initial Conference (Dkt. No. 41), parties are ordered to appear at an initial conference before Your Honor on February 5, 2026. I write to the Court to request an adjournment of that initial conference date as I have previously scheduled vacation planned for February 2, 2026 to February 6, 2026. This is Defendants' first request to adjourn the conference and should not affect any other scheduling in this matter. Plaintiff's consent was not sought in this matter due to the time-sensitive need to make this request. I am available the remaining three weeks in February 2026 for a conference at the Court's convenience.

Thank you for your time and consideration.

Respectfully submitted,

/s/ _Owen M. Crowley_
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952
Owen.crowley@ag.ny.gov

Hon. Philip M. Halpern                                                                    Page 2 of 2
January 13, 2026

cc:    Shanis Garcia-Guzman[1]
       920 N 33rd St,
       Camden, NJ 08105
       *Plaintiff pro se*
       (via *First Class Mail*)

       Shanis Garcia-Guzman
       DIN: 18B1705
       Cayuga Correctional Facility
       2202 State Route 38A
       P.O. Box 1186
       Moravia, NY 13118
       (via *First Class Mail*)

---

[1] The DOCCS Incarcerated Lookup page reflects that Plaintiff has been released and, upon information and belief, this is the address he has provided DOCCS. Nonetheless, as his address of record on the docket is his address at Cayuga Correctional Facility, a copy is being sent there as well out of an abundance of caution.