UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHANIS GARCIA-GUZMAN,<br><br>                          Plaintiff,<br><br>              -against-<br><br> A. FIGUEROA, et al.,<br><br>                          Defendants. | **ORDER**<br><br>23-CV-07192 (PMH) |

Counsel for Defendants and Plaintiff *pro se* appeared by telephone today for an initial pretrial conference.

Plaintiff was reminded that he must promptly submit a written notification to the Court when his address changes and that he must do that which is necessary to receive his legal mail, because the Court may dismiss the action if Plaintiff fails to do so. The Court ordered Plaintiff to submit such notification today, February 18, 2026.

The Civil Case Discovery Plan and Scheduling Order will be separately docketed.

Counsel for Defendants is instructed to mail a copy of this Order and the Civil Case Discovery Plan and Scheduling Order to the Plaintiff.

Dated: White Plains, New York
       February 18, 2026

                                        SO ORDERED:

                                        _____
                                        Philip M. Halpern
                                        United States District Judge