UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANIS GARCIA-GUZMAN,

Plaintiff,

-against-

A. FIGUEROA, et al.,

Defendants.

**ORDER**

23-CV-07192 (PMH)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on August 11, 2023. (Doc. 1). Discovery ended on July 13, 2026. (*See* Doc. 49). Defendants' request for permission to move for summary judgment was granted on August 19, 2026 and the Court entered a briefing schedule. (Doc. 54). On September 17, 2026, Defendants filed their motion for summary judgment. (Doc. 55). Plaintiff's opposition was due by October 19, 2026. (*See* Doc. 54). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion for summary judgment until November 30, 2026. Defendants' reply, if any, is due December 14, 2026.

**If Plaintiff fails to file his opposition by November 30, 2026, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to plaintiff at the address on the docket.

Dated: White Plains, New York
October 30, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge